# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | JILL P. JENKINS* |
| LISA A. LEE* | | ALYK L. OFLAZIAN* |
| KRISTINA G. MURTHA* | | COLLEEN M. HIRST* |
| THOMAS I. PULEO | SUITE 5000 | PAUL W. LUONGO* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | CAITLIN M. DONNELLY* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | VICTORIA W. CHEN* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | MATTHEW K. FISSEL* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | MICHAEL J. CLARK* |
| *PA & NJ BAR | (866) 413-2311 | NICHOLAS J. ZABALA* |
| | FAX (215) 627-7734 | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | WWW.KMLLAWGROUP.COM | DENISE CARLON |
| | | CHRISTOPHER FORD |
| | | JAMES WARMBRODT |
| | | MATTEO WEINER* |

June 9, 2017

RE: United States of America vs. CHARLES E. BROWN
Philadelphia County – Docket #17-02258

Dear Judge Davis:

Pursuant to your request, the status of the above-mentioned case is such that the summons and filed complaint were sent to this office on or about May 16, 2017. Per Fed.R.Civ.P. 4(d), we sent a waiver of service to the Defendant on May 23, 2017 and have allowed the party 30 days to return the waiver.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Rebecca A. Solarz, Esq.

cc:
CHARLES E. BROWN