**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>           Plaintiff<br>v.<br><br>CHARLES E. BROWN<br>           Defendant | Civil Action No: 17-02258 |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK OF COURT:

Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

                                    Respectfully submitted,
                                    KML Law Group, P.C.

                                    By: _____
                                    Rebecca A. Solarz, Esquire
                                    BNY Independence Center
                                    701 Market Street
                                    Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215)825-6327
                                    rsolarz@kmllawgroup.com